UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:15-cv-1936-JLS-KESx                Date: May 25, 2017
Title: Jordan Kissel v. Code 42 Software, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                  Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On March 3, 2017, Plaintiff filed a Joint Notice of Proposed Class Action Settlement. (Notice, Doc. 33.) In that Notice, Plaintiff advised that the parties have reached "a class-wide settlement in principle . . . and are in the process of preparing a written agreement." (*Id.*) Plaintiff further advised that the parties anticipated filing a joint motion for preliminary approval on or before April 28, 2017. (*Id.*) No such motion has been filed.

The Court therefore ORDERS Plaintiff to show cause in writing, **within fourteen (14) days** of the date of this Order, why this case should not be dismissed pursuant to Fed. R. Civ. P. 41 for lack of prosecution. No oral argument on this matter will be heard unless ordered by the Court. The filing of a motion for preliminary approval shall be deemed a satisfactory response to this Order to Show Cause.

Initials of Preparer: tg