PACIFIC RIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Richard H. Hikida, Bar No. 196149
rhikida@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN KISSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODE 42 SOFTWARE, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01936-JLS-KES<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date:       September 1, 2017<br>Time:      2:30 p.m.<br>Courtroom: 10-A<br>Judge:     Josephine L. Staton<br><br>Complaint Filed: October 27, 2015 |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** on September 1, 2017, at 2:30 p.m., in the Courtroom of the Honorable Josephine L. Staton, United States District Court for the Central District of California, Plaintiff Jordan Kissel ("Plaintiff") will and hereby will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order:

1. Granting preliminary approval of the Settlement Agreement;

2. For settlement purposes only, certifying the proposed Settlement Class, as defined in the Settlement Agreement;

3. Appointing Scott J. Ferrell, David W. Reid, and Victoria C. Knowles of Pacific Trial Attorneys, APC as Class Counsel;

4. Appointing Plaintiff Jordan Kissel as the Class Representative;

5. Approving the Parties' proposed notice program, including the proposed forms of notice, as set forth in the Settlement Agreement, and direct that notice be disseminated pursuant thereto;

6. Appointing JND ("JND") Class Action Administrator as Settlement Administrator, and direct JND to carry out the duties and responsibilities of the Settlement Administrator as specified in the Settlement Agreement;

7. Approving the Parties' proposed monetary settlement benefit to the Settlement Class, approve the procedures set forth in the Settlement Agreement for the qualifications of Class Members, approve the method for Class Members to exclude themselves from the Settlement Class, and for Class Members to object to the Settlement;

8. Staying all non-settlement related proceedings pending Final Approval of the Settlement Agreement; and

9. Setting a Final Approval Hearing and other dates in connection with the final approval of the Settlement Agreement.

This motion is based on this notice of motion and motion, the accompanying

1  memorandum of points and authorities, the Settlement Agreement, including all
2  exhibits thereto, the accompanying declaration of Scott J. Ferrell, the argument of
3  counsel, all papers and records on file in these cases, and such other matters as the
4  Court may consider.

5  DATED: July 25, 2017          **PACIFIC TRIAL ATTORNEYS**
                                  SCOTT J. FERRELL
6                                 RICHARD H. HIKIDA
                                  DAVID W. REID
7                                 VICTORIA C. KNOWLES

9                          By:   */s/ Scott J. Ferrell*
10                                Attorneys for Plaintiff and the Class

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott. J. Ferrell