UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-1936-JLS (KESx)                    Date: August 29, 2017
Title: Jordan Kissel v. Code 42 Software, Inc., a Delaware Corporation, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER RE: PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Doc. 43)**

Before the Court is an unopposed Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff Jordan Kissel.  (Mot., Doc. 43.)  The Court finds that more information is required before it can preliminarily approve the proposed settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e)(2).

Plaintiff requests that the Court approve JND Class Action Administrator as the claims administrator in this action.  (*See* Notice of Motion at 1, Doc. 43; Proposed Order ¶ 6, Doc. 43-5.)  However, Plaintiff provides no information explaining why approval is warranted in this instance.  Plaintiff must therefore provide information as to JND's competence in carrying out the duties of a claims administrator before the Court considers approval.

Plaintiff has also not provided the court sufficient information to evaluate whether the settlement agreement is fair, reasonable, and adequate using the factors laid out in *Staton v. Boeing Co.*, 327 F.3d 938 (9th Cir. 2003).  In particular, Plaintiff's explanation of why the amount offered in settlement is reasonable lacks requisite details.  Plaintiff does not include an estimate of Defendant Code42's maximum potential liability, which makes difficult the Court's task of assessing whether the proposed settlement amount is reasonable. Plaintiff must include additional information as to Code42's maximum potential liability such that the Court can assess the reasonableness of the settlement amount.

Finally, the Court notes that the proposed Settlement Agreement contains

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SACV 15-1936-JLS (KESx) | Date: August 29, 2017 |
| Title: Jordan Kissel v. Code 42 Software, Inc., a Delaware Corporation, et al. | |

provisions for both an incentive award and a service payment to Plaintiff. (Settlement Agreement ¶¶ 4.21, 4.22.) The Court assumes that this duplication was an oversight, as only one award is appropriate.

　　Accordingly, the Court ORDERS the parties to submit supplemental briefing that remedies the above-referenced deficiencies. The parties should submit this and any other relevant information **within 7 days** of the issuance of this Order. The hearing set for September 1, 2017, at 2:30 p.m., is VACATED. Upon receipt of the supplemental briefing, the Court will either set a new hearing date or if it determines the matter is appropriate for decision without oral argument, it will take the matter under submission at that time.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  tg