1

2        **UNITED STATES DISTRICT COURT**
         **CENTRAL DISTRICT OF CALIFORNIA**
3

4   JORDAN KISSEL, individually and on        Case No. 8:15-cv-01936-JLS-KES
    behalf of all others similarly situated,
5

6            Plaintiff,                        **DECLARATION OF**
                                               **JENNIFER M. KEOUGH**
7                                              **REGARDING NOTICE**
         vs.                                   **ADMINISTRATION EXPERIENCE**
8

9   CODE 42 SOFTWARE, INC., a                  Honorable Josephine L. Staton
    Delaware corporation; and DOES 1-10,
10  inclusive,

11           Defendants.

12

13  I, JENNIFER M. KEOUGH, declare and state as follows:

14       1.      I am Chief Executive Officer at JND Legal Administration ("JND"). The

15  following statements are based on my personal knowledge and information provided to

16  me by other JND employees working under my supervision and, if called on to do so, I

17  could and would testify competently thereto.

18       2.      The purpose of this declaration is to provide an overview of JND's

19  qualifications as a settlement administrator, and to provide notice procedures we will

20  use in this case, including how those procedures help maximize the email notice

21  deliverability rate.

22                              **Experience**

23       3.      JND was founded by Neil Zola, David Isaac, and myself, and we have over

24  70 years of combined experience in the law and legal administration industries.

25  Together, we have been responsible for designing and implementing over one hundred

26  notice plans for class actions.

27

28

DECLARATION OF JENNIFER M KEOUGH

4.    With headquarters in Seattle and eight other offices around the country, JND is a legal administration firm that offers clients a full range of services including Class Action and Mass Tort administration, Bankruptcy Claims Agent work, eDiscovery and Government Services.

5.    Our Class Action Administration team has over a 15-year history and has won multiple awards, including being named Best Administrator by the National Law Journal multiple years.

6.    JND Class Action Administration has managed hundreds of class action settlements ranging in size from a few dozen class members to millions of class members.    It has managed settlements involving consumer, insurance, telecommunications, employment/FLSA, securities, anti-trust, environmental, ADA, and financial issues, among others.    A sample list of JND cases can be found at www.jndla.com.  All of JND's state-of-the-art proprietary administration systems have been developed and customized in-house by its own personnel.

## JND Notice and Administration Activities

7.    JND regularly implements email notice campaigns as part of its administrative duties and as required by Paragraph 4.03 of the Settlement Agreement.  In order to maximize the deliverability of the email Notice, JND will use separate, dedicated email servers to send the emails so the email notices are not comingled with corporate emails and marketing emails.  Moreover, just prior to the email notice campaign, JND will ensure its email server is not "blacklisted" by any blacklist services (e.g. Barracuda).  JND will also thoroughly test the email by sending it to addresses at the most popular email providers, such as Outlook, Google, Yahoo, Hotmail, and AOL, to ensure that the email filters used by those providers do not identify anything in the subject line and email content that would cause it to be treated as spam.  Finally, JND will track and report any email Notice that is undeliverable or otherwise "bounces back."

-2-

DECLARATION OF JENNIFER M KEOUGH

8.      JND will notify Code 42 of all undeliverable Class Notices and request a physical mailing address for that Class Member.  Upon receipt of the physical mailing address, JND will mail a Postcard Notice to the Class Member.  JND will track and report on all undeliverable Postcard Notices.

9.      As the Settlement Administrator, JND will also perform additional administrative duties as required.  Such responsibilities may include: receive, process and respond to inquiries received from Class Members; receive, process and report on any requests for exclusion or potential objections; promptly fulfill notice requests; provide regular reporting to the parties; create a settlement website; distribute Benefit Payments; and submit a declaration to the Court reporting on the administrative activities performed prior to Final Approval.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2017 at Seattle, Washington.

JENNIFER M KEOUGH

-3-

DECLARATION OF JENNIFER M KEOUGH

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing **DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE ADMINISTRATION EXPERIENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell