# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JORDAN KISSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODE 42 SOFTWARE, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01936-JLS-KES<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL**<br><br>Complaint filed: November 19, 2015 |

Having previously found that the parties' Settlement Agreement (Dkt. No. 53-4, Ex. 1) meets the applicable criteria for approval, and approved such settlement as fair, adequate, and reasonable (Dkt. No. 58), the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. The above-referenced action is DISMISSED WITH PREJUDICE as to all persons except those specifically identified in Paragraph 2 below.

2. As to the four persons who timely submitted requests for exclusion from the settlement, the above-referenced action is DISMISSED WITHOUT PREJUDICE.

3. As to all persons except those specifically identified in Paragraph 2 above, the Settlement Agreement shall be binding and enforceable, including but not limited to the release and covenant not to sue. The release and related provisions set forth in Section VI of the Settlement Agreement are hereby incorporated into this Order.

4. The Court shall retain continuing jurisdiction over the administration of the Settlement Agreement.

5. The Court confirms that $100,000 is awarded to Class Counsel from the Common Fund pursuant to the Settlement Agreement for fees and costs; and

6. The Court confirms that $1,000 is awarded to Plaintiff from the Common Fund pursuant to the Settlement Agreement as an incentive award based on her service to, and representation of, the Class.

7. The Court confirms that JND Claims Administration shall be paid $38,191 from the Common Fund for its costs as the Claims Administrator in this action;

8. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that Final Judgment should be entered as to the entirety of this action, and further finds that there is no just reason for delay in the entry of Final Judgment. Accordingly, Judgment is hereby entered and this action is

1 | dismissed as set forth herein. The Clerk is hereby directed to enter this Order.
2 |
3 | **IT IS SO ORDERED.**
4 |
5 |
6 | Dated: March 05, 2018
7 | _____
  | THE HON. JOSEPHINE L. STATON
  | UNITED STATES DISTRICT JUDGE